```
McGREGOR W. SCOTT
United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,     )    CR. NO. S-05-00191-LLK
                              )
        Plaintiff,            )    GOVERNMENT'S MOTION TO DISMISS
                              )    WITHOUT PREJUDICE
    v.                        )
ROBERT LEE VEALE              )
        Defendant.            )
_____)
```

The United States, by and through its undersigned attorney, hereby moves to dismiss in the interest of justice the Indictment filed against defendant VEALE (filed on May 12, 2005).  The United States moves to dismiss without prejudice the case against defendant VEALE on the grounds that said defendant is facing similar charges arising out of the same transaction in the state court.  This motion is made to dismiss without prejudice so that government could seek reindictment on this matter should the need arise.

                                        Respectfully submitted,

                                        MCGREGOR W. SCOTT
                                        United States Attorney

DATED: ___May 23, 2005____    By:   _/s/Michelle Rodriguez_____
                                                  MICHELLE RODRIGUEZ
                                                  Assistant U.S. Attorney

<u>ORDER</u>

IT IS HEREBY ORDERED that this case is DISMISSED without prejudice.

DATED: May 25, 2005.    <u>/s/Lawrence K. Karlton</u>
                        HONORABLE LAWRENCE K. KARLTON
                        United States District Court Judge